

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00746-CR

Jon Eric **GILLILAND**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10254
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED AS MODIFIED. The trial court's judgments are modified to reflect a sentence of one hundred eighty years of confinement.

SIGNED November 8, 2023.

_____
Lori I. Valenzuela, Justice